THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE
    BLEECKER STREET AND FULTON FERRY RAILROAD COMPANY,
    Appellant, Impleaded with Others.

*People* v. *Bleecker Street & Fulton Ferry R. R. Co.*, 140 App. Div. 611,
affirmed.
    (Argued March 14, 1911; decided March 28, 1911.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 18, 1910, which affirmed an inter-
locutory judgment of Special Term overruling a demurrer to
the complaint in an action brought by the attorney-general to
oust the appellant from certain franchises in the city of New
York.

The following questions were certified : " 1. Does the com-
plaint herein state facts sufficient to constitute a cause of
action against the defendant? 2. Has the plaintiff herein
legal capacity to sue, without leave of the Supreme Court
granted before the action was brought ? "

*Ernest E. Baldwin, Henry Wollman, Benjamin F. Woll-
man, Edward S. Seidman* and *Robert G. Starr* for appellant.

*Thomas Carmody, Attorney-General* (*Franklin Kennedy*
of counsel), for respondent.

*Archibald R. Watson, Corporation Counsel,* ( *William P.
Burr* and *William J. Clarke* of counsel), for City of New
York, intervening.

Order affirmed,with costs ; both questions certified answered
in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., VANN, WERNER, WILLARD BART-
LETT, HISCOCK and CHASE, JJ.    Absent: HAIGHT, J.